JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPHA BETA CO.,<br><br>        Defendant. | Case No. CV 19-654-DMG (AGRx)<br><br>**JUDGMENT** |

    The Court having granted Defendant Alpha Beta Company's Motion for Summary Judgment by order dated March 19, 2020,

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Antonio Fernandez.

DATED: April 3, 2020

                                                  DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE